UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GABRIEL D. FREDRICKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00206-CSW-RLY |
| | ) |
| MARTIN J. O'MALLEY, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff and REVERSES AND REMANDS this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

Date: June 21, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Distributed electronically to ECF registered counsel of record.